ENTERED
MAY 30 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

CHARLES HUNT, As Trustee of the
Community Health Systems, Inc. 401(k) Plan"

and

COMMUNITY HEALTH SYSTEMS, INC.

    Plaintiffs,

v.                 Civil Action No. 5:06-CV-0003
                     (Judge Goodwin)

KNOX HARWELL FUQUA,

APPALACHIAN ASSET MANAGEMENT, INC.,

KHF ADVISORS LLC,

AAM INVESTMENTS, LLC,

FIXED INCOME INVESTMENTS, LLC,
(Fixed Income Fund, LLC, a *de facto* general partnership/join venture)

MONICA J. HATFIELD,

RETINA CONSULTANTS, PLLC,

DOES 1 THROUGH 5,

and

FIRST BANK OF CHARLESTON, INC.,

    Defendants.

**AGREED ORDER ALLOWING CHARLES HUNT, AS TRUSTEE
OF THE COMMUNITY HEALTH SYSTEMS, INC. 401(K) PLAN
AND COMMUNITY HEALTH SYSTEMS, INC. LEAVE TO FILE
AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**

    COMES NOW, Charles Hunt, as Trustee of the "Community Health Systems, Inc. 401(k) Plan" and Community Health Systems, Inc. and came all appearing parties by their respective Counsel, and hereby stipulate and agree that Charles Hunt and Community Health Systems, Inc. may file its First Amended Complaint for Injunctive Relief.

The parties further stipulate and agree that Answers to the Amended Complaint For Injunctive Relief may be filed within 20 days of entry of this Agreed Order, but that the failure of any party to Answer does not entitle Charles Hunt and Community Health Systems, Inc. to a judgment order.

It is further Ordered that the Clerk of Court is directed to issue summons for Defendants not appearing by counsel in this Civil Action.

Prepared by:

*/s/ Edward D. McDevitt*

Edward D. McDevitt (WVSB #2437)
BOWLES RICE MCDAVID GRAFF & LOVE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1711

Agreed to:

*/s/ Benjamin L. Bailey*

Benjamin L. Bailey, Esquire (WVSB #200)
Bailey & Glasser, LLP
227 Capitol Street
Charleston, West Virginia 25301
(304) 345.6555

*/s/ Michael W. Carey*

Michael W. Carey, Esquire (WVSB #635)
Carey Scott & Douglas, PLLC
901 Bank One Center
707 Virginia Street, East
Charleston, West Virginia 25301
(304) 345.1234

ENTERED: 30 May 2006

SO ORDERED:

*/s/ Joseph R. Goodwin*

Joseph R. Goodwin
United States District Judge

1549088